OPINION — AG — ** MEMORANDUM ** OUSTER ACTION BY PROCEEDING IN NATURE OF QUO WARRANTO (12 O.S. 1531 [12-1531] — 12 O.S. 1538 [12-1538] [12-1538]) — ATTORNEY GENERAL ON DIRECTION OF GOVERNOR TO PROSECUTE AN ACTION IN THE NATURE OF QUO WARRANTO " IN THE NAME OF THE STATE " SUCH IS PROVIDED FOR IN 12 O.S. 1531 [12-1531] [12-1531] (REMOVAL OF PUBLIC OFFICERS, OUSTER, FORFEITURE OF OFFICE) CITE: 12 O.S. 1533 [12-1533], 12 O.S. 1537 [12-1537] [12-1537], 22 O.S. 1181 [22-1181] (FRED HANSEN)